**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOVA OCULUS PARTNERS, LLC, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 19-2950 (DLF) |

**DEFENDANT'S ANSWER**

Defendant, U.S. Food and Drug Administration ("FDA"), by and through undersigned counsel, respectfully submits the following Answer to Plaintiffs' Complaint filed on October 1, 2019, and states as follows:

**RESPONSES TO THE NUMBERED PARAGRAPHS[1]**

Defendant denies all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer.  Defendant admits, denies, or otherwise answers the unnumbered and numbered paragraphs in the complaint as follows:

1.     This paragraph is Plaintiffs' characterization of this case to which a response is not required.  To the extent a response is required, Defendant admits that this action seeks to compel Defendant to release records in response to Plaintiffs' Freedom of Information Act ("FOIA") request identified in the Complaint.

---

[1] Merely for ease of reference, Defendant's Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

2. This paragraph is Plaintiffs' characterization of this case to which a response is not required. To the extent a response is required, Defendant admits that this action seeks to compel Defendant to release records in response to Plaintiffs' FOIA request identified in the Complaint.

3. This paragraph is Plaintiffs' characterization of this case to which a response is not required. To the extent a response is required, Defendant admits that this action seeks to compel Defendant to release records in response to Plaintiffs' FOIA request identified in the Complaint.

## PARTIES

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

5. FDA admits that it is an agency within the Department of Health and Human Services.

## JURISDICTION AND VENUE

6. This paragraph consists of conclusions of law regarding jurisdiction to which no response is required.

7. This paragraph consists of conclusions of law regarding venue to which no response is required.

## BACKGROUND

8. Defendant admits that Plaintiffs submitted a FOIA request to FDA dated July 15, 2019. Defendant respectfully refers the Court to the request in Exhibit 1 to the Complaint ("Exhibit 1") for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

9. Admits.

10. Defendant admits the first two sentences of paragraph 10 but denies that FDA was "required" to assign a reference number to the request at that time.

11. Defendant admits this paragraph but notes that the FDA employee's last name is spelled "Uhl."

12. Defendant admits this paragraph but notes that the FDA employee's last name is spelled "Uhl."

13. Defendant admits that FDA sent an acknowledgement letter dated September 9, 2019, but denies that such letter was sent via email.

14. Defendant admits that no documents had been produced as of the date of filing. The remainder of this paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

## COUNT I – FAILURE TO COMPLY WITH FOIA

15. Defendant answers and incorporates by reference its responses to paragraphs 1-14 above.

16. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

17. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

18. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

The remainder of the Complaint consists of Plaintiffs' requests for relief to which no response is required. To the extent a response is deemed necessary, Defendant denies that Plaintiffs are entitled to the relief requested.

### **DEFENSES**

1. As to some or all of the claims asserted in this action, Plaintiffs have failed to state a claim upon which relief can be granted.

2. The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

3. Plaintiffs are not entitled to compel production of records exempt from disclosure by one or more exemptions to the FOIA.

Dated: November 6, 2019					Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

BY:   /s Damon Taaffe
DAMON TAAFFE, D.C. Bar # 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-2544
Damon.Taaffe@usdoj.gov


*Attorneys for Defendants*